UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Rodney M. Hogan,

        Plaintiff,

vs.                                                                    ORDER

Warden T.J. Watson,

        Defendant.                 Civ. No. 16-3044 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED as moot,** and this action is **DISMISSED with prejudice**.

2. Judgment is entered accordingly.

                                                  BY THE COURT:

DATED: July 10, 2017                     s/Susan Richard Nelson
St. Paul, Minnesota                       SUSAN RICHARD NELSON
                                                       United States District Judge